**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KHALID ROBERTSON**                                                                 **PLAINTIFF**
**ADC #172733**

**V.**                                    **NO. 4:23-cv-00239-LPR-ERE**

**SOLOMON GRAVES, et al.**                                                    **DEFENDANTS**

<u>**ORDER**</u>

The Court has received a Partial Recommended Disposition (PRD) from Magistrate Judge Edie R. Ervin and the Plaintiff's Objections.[1]  After a *de novo* review of the PRD and careful consideration of the Plaintiff's objections and the record in this case, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.[2]

Accordingly, Plaintiff's claims against Defendant Solomon Graves are DISMISSED without prejudice for failure of service.  The Clerk is instructed to terminate Solomon Graves as a party Defendant.

IT IS SO ORDERED this 8th day of November 2023.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Docs. 22 & 23.

[2] To the extent Plaintiff has renewed his motion for the appointment of counsel, *see* Pl.'s Objections (Doc. 23) at 4, the motion is denied.  The case is young, the claims do not appear to be legally or factually complex, and Plaintiff has filed a Complaint that passed screening.  The record demonstrates that, at this time, Plaintiff is capable of proceeding without the benefit of appointed counsel.  The Court notes that, if Plaintiff's case proceeds to trial, he may be appointed an attorney.  *See* Initial Order (Doc. 4) at 2 ("If your case proceeds to a trial . . . a lawyer may be appointed to assist you before trial.").